IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE STATE OF NEW MEXICO ex rel.<br>GOVERNOR BILL RICHARDSON, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>　　　　　　　　　Federal Defendants. | CIV. NO. 05-0460 BB/RHS |
| NEW MEXICO WILDERNESS ALLIANCE, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>LINDA RUNDELL, et al.,<br><br>　　　　　　　　　Defendants. | CIV. NO. 05-0588 BB/RHS<br>(Consolidated) |

**PLAINTIFF CONSERVATION GROUPS' PROPOSED FINDINGS AND CONCLUSIONS REGARDING THE NEW MEXICO COMMISSIONER OF PUBLIC LANDS' MOTION TO INTERVENE**

　　　　The New Mexico Wilderness Alliance, et al. ("Conservation Plaintiffs"), for their proposed Findings of Fact and Conclusions of Law, incorporate by reference herein the proposed Findings of Fact and Conclusions of Law that the State of New Mexico is filing with the Court today.

Respectfully submitted,

Dated: October 3, 2005　　　　　　　　　　　　s/ Nicholas Persampieri
　　　　　　　　　　　　　　　　　　　　　　　　Nicholas F. Persampieri, NM Bar No. 3209
　　　　　　　　　　　　　　　　　　　　　　　　James S. Angell
　　　　　　　　　　　　　　　　　　　　　　　　Earthjustice
　　　　　　　　　　　　　　　　　　　　　　　　1400 Glenarm Place, Suite 300
　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80202
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (303) 623-9466

David Plotsky
Law Offices of David Plotsky
122 Girard SE
Albuquerque, NM  87106
Telephone:  (505) 268-0095

Attorneys for Plaintiffs New Mexico Wilderness Alliance, The Wilderness Society, Sierra Club, Natural Resources Defense Council, National Wildlife Federation, Southwest Environmental Center, Forest Guardians, and the New Mexico Wildlife Federation

CERTIFICATE OF SERVICE

      I hereby certify that a copy of PLAINTIFF CONSERVATION GROUPS' PROPOSED FINDINGS AND CONCLUSIONS REGARDING THE NEW MEXICO COMMISSIONER OF PUBLIC LANDS' MOTION TO INTERVENE has been served on all interested parties by U.S. mail, and properly addressed this 3rd day of October, 2005:

Andrew Smith
U.S. Department of Justice
Environment & Natural Resources Division
c/o United States Attorneys Office
P. O. Box 607
Albuquerque, NM  87103

Alletta Belin
Steven Sugarman
Belin & Sugarman
618 Paseo de Peralta
Santa Fe, NM  87501

Alison Robert
William Perry Pendley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO  80227

David L. Plotsky
Law Offices of David Plotsky
122 Girard Avenue, SE
Albuquerque, NM  87106

Patrick J. Rogers
Earl E. DeBrine, Jr.
Modrall, Sperling, Roehl, Harris & Sisk
P.O. Box 2168
Albuquerque, NM  87103-2168

Jason Bowles
Bowles & Crow
P.O. Box 25186
Albuquerque, NM  87125-5186

Katherine M. Moss
Robert A. Stranahan, IV
General Counsel
Commissioner of Public Lands
P.O. Box 1148
Santa Fe, NM  87504-1148

Patricia A. Madrid, Attorney General
Stephen R. Farris
Frances C. Bassett
Assistant Attorneys General
P.O. Drawer 1508
Santa Fe, NM  87504-1508

                                    s/ Nicholas Persampieri