IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

05 OCT -3 PH 3: 28

| | |
|---|---|
| THE STATE OF NEW MEXICO ex rel.<br>GOVERNOR BILL RICHARDSON, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br>    Defendants,<br><br>and<br><br>INDEPENDENT PETROLEUM ASSOCIATION<br>OF NEW MEXICO,<br>    Intervenor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| NEW MEXICO WILDERNESS ALLIANCE,<br>et al.,<br>    Plaintiffs,<br><br>    v.<br><br>LINDA RUNDELL, et al.,<br>    Defendants,<br><br>and<br><br>INDEPENDENT PETROLEUM ASSOCIATION<br>OF NEW MEXICO,<br>    Intervenors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 05cv00460 BB/RHS and

No. 05cv00588 BB/RHS
(Consolidated)

## NEW MEXICO COMMISSIONER OF PUBLIC LANDS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW ON THE COMMISSIONER'S MOTION TO INTERVENE

Applicant for Intervention, Patrick H. Lyons, Commissioner of Public Lands for the State of New Mexico ("Commissioner"), hereby submits the following proposed Findings of Fact and Conclusions of Law.



I.      FINDINGS OF FACT.

        A.      The Commissioner timely filed a Motion seeking intervention in these consolidated cases as of right under Fed. R. Civ. P. 24(a), or in the alternative, permissive intervention under Fed. R. Civ. P. 24(b).

        B.      The Commissioner is a constitutional officer of the State of New Mexico; elected by the people and is charged with the management, care, custody, control and disposition of the state trust lands. *See* N.M. Const., art. XIII, § 2, NMSA 1978, § 19-1-1, *et seq.*

        C.      The Commissioner sought intervention for the purpose of filing a brief supporting the Bureau of Land Management's ("BLM") Resource Management Plan Amendment for Federal Fluid Minerals Leasing and Development in Sierra and Otero Counties ("RMPA") and the Record of Decision (the "ROD"), which are the subject of this litigation.

        D.      The Commissioner's authority over state trust lands includes the power to enter into cooperative agreements for joint development of state lands with oil and gas lessees of federal lands which are the subject of the RMPA and the ROD.  State trust lands located in the greater Otero Mesa area are intermingled with federal lands managed by the BLM in a "checkerboarded" pattern.  Oil and gas development on state trust lands could be effected by the decisions of this Court in this litigation regarding the RMPA and the ROD.

II.     CONCLUSIONS OF LAW.

        A.      At present, the Commissioner's objectives in this litigation coincide with the position taken by the BLM and therefore, the Commissioner bears the burden of showing that the BLM will not adequately represent his interests in this litigation. *San Juan County, Utah, v. United States*, 420 F.3d 1197, 1211, 2005 WL 2083032 (10th Cir.).

B.      The Commissioner's interests are adequately represented by Defendant BLM at this time.

WHEREFORE, the Commissioner respectfully requests that this Court enter the above Findings of Fact and Conclusions of Law.

Respectfully submitted,

Robert A. Stranahan, IV, Esq.
Katherine M. Moss, Esq.
Christopher G. Schatzman, Esq.
New Mexico State Land Office
310 Old Santa Fe Trail
P.O. Box 1148
Santa Fe, NM 87504-1148
Ph: 505-827-5713
Fax: 505-827-4262

and

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Patrick J. Rogers, Esq.
Earl E. DeBrine, Jr., Esq.
Post Office Box 2168
Bank of America Centre
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico  87103-2168
Ph: 505-848-1800
Counsel for the Commissioner of Public Lands

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the above pleading to be sent to all counsel of record, as appear below, by United States mail, first class, postage pre-paid on this 3ʳᵈ day of _____, 20__.

_____

Christopher G. Schatzman, Esq.
Associate Counsel, New Mexico State Land Office

Patricia A. Madrid, Attorney General
Stephen R. Farris, Asst. Attorney General
Frances C. Bassett, Asst. Attorney General
New Mexico Attorney General's Office
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Ph.: 505-827-6010
Fax: 505-827-4440

Alletta Belin, Esq.
Steven Sugarman, Esq.
Belin & Sugarman
618 Paseo de Peralta
Santa Fe, NM 87501
Ph.: 505-983-8936
Fax: 505-9830036
Counsel for the State of New Mexico

Andrew A. Smith
U.S. Department of Justice
Environment & Natural Resources Division
c/o U. S. Attorney's Office
P.O. Box 607
Albuquerque, NM 87103
Ph.: 505-224-1468
Fax: 505-3467205
Counsel for the United States

Nicholas F. Persampieri, Esq.
James S. Angell, Esq.
Earthjustice Legal Defense Fund, Inc.
1400 Glenarm Place #300
Denver, CO 8022
Ph: 303-623-9466
Fax: 303-623-8083

David L. Plotsky, Esq.
122 Girard Avenue, SE
Albuquerque, NM 87106
Phone: 505-268-0095
Fax: 505-266-9585
Counsel for Wilderness Alliance, et al.

Alison Roberts, Esq.
William Perry Pendley, Esq.
Mountain State Legal Foundation
2596 South Lewis Way
Lakewood, CO 80202
Ph.: 303-292-2021

Jason Bowles, Esq.
Bowles and Crow
600 Central SW, Ste. 111
Albuquerque, NM 87102
Ph.: 505-217-2680
Counsel for IPANM