# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

August 11, 2009

Douglas E. Cressler
Chief Deputy Clerk


Matthew Dykman
United States District Court for the District of New Mexico
Office of the Clerk
120 South Federal Place
Santa Fe, NM 87504-0000


**RE:    06-2352, 06-2353, 06-2354, State of New Mexico, et al v. Bureau of Land Management, et al**
Dist/Ag docket: CIV-05-460 BB/RHS, CIV-05-588 BB/RHS


Dear Clerk:

Please be advised that an order awarding costs for these cases has been issued today. It supplements the mandate of this court. Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc:     James Angell
        Arthur Arguedas
        Aaron Peter Avila
        Frances C. Bassett
        Jason Bowles
        Stephen R. Farris
        Andrea Carol Ferster
        Andrew C. Mergen

Elizabeth S. Merritt
Judith Ann Moore
Katherine M. Moss
Ronald Walter Opsahl
William Perry Pendley
Elizabeth Ann Peterson
David L. Plotsky
Patrick J. Rogers
Matthew J. Sanders
Erik Schlenker-Goodrich
Andrew A Smith
Steven C. Sugarman
Andrea Zaccardi


EAS/sls

2